**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MORGAN KEEGAN & COMPANY, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:09-cv-1965-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 28th day of June, 2011.

                JAMES N. HATTEN
                CLERK OF COURT

             By: */s/ K. Thornton*
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 June 28, 2011
James N. Hatten
Clerk of Court

By: */s/ K. Thornton*
   Deputy Clerk